AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

## for the

### Central District of California

| | | |
|---|---|---|
| Ameris Bank | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:25-cv-02867-DOC (ADSx) |
| Springdale Family Practice, PA, et. al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    03/18/2026    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 4/23/2026

CLERK OF COURT

Signature of Clerk or Deputy Clerk

PRISCILLA DEASON